## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**BRIAN LEE HARRIS,**<br><br>            **Defendant.** | **Case No.  CR96-5223RJB**<br><br>**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE** |

**THIS MATTER** comes on for hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Special/Assistant United States Attorney, DAVID JENNINGS; The defendant appears personally and represented by counsel, ROGER HUNKO ;

The Court having advised the defendant of the allegations in the Petition(s) filed by the U.S. Probation Office; the defendant having been advised of the maximum potential sanction if the allegation(s) is/are substantiated; and the court finding probable cause with regard to the alleged violation(s);

The matter is scheduled for hearing before the Honorable ROBERT J. BRYAN.

          Date:           **AUGUST 2, 2007**

          Time:          **1:30 P.M.**

( X ) Defendant is released pending the above scheduled hearing, **SUBJECT TO FULL COMPLIANCE WITH THE TERMS AND CONDITIONS OF HIS SUPERVISION WITH U.S. PROBATION.**

(   ) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.   .

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                               **July 11, 2007.**

                                */s/ J. Kelley Arnold*_____
                               **J. Kelley Arnold, U.S. Magistrate Judge**